# TRUSTEE'S PROPOSED DISTRIBUTION

FILED

2009 AUG 28  PM 12: 02

Exhibit D

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Case No.: 08-54799
Case Name: REESE, BRIAN & BRENDA
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

| Claimant | | Proposed Payment |
|---|---|---|
| | N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD A. WILSON | $ 913.34 | $ 44.76 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

UST Form 101-7-TFR (4/1/2009)

| | | | | |
|---|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,335.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 4,058.14 | $ 170.01 |
| 3 | CHASE BANK USA | $ 17,128.05 | $ 717.55 |
| 4 | CHASE BANK USA | $ 23,872.19 | $ 1,000.09 |
| 5 | Neoce | $ 100.81 | $ 4.22 |
| 6 | World's Foremost Bank | $ 561.07 | $ 23.51 |
| 7 | AKRON GENERAL MEDICAL CENTER | $ 10,380.59 | $ 434.88 |
| 8 | Dell Financial Services LLC | $ 1,414.44 | $ 59.26 |
| 9 | PYOD LLC its successors and assigns | $ 1,463.34 | $ 61.30 |
| | PYOD LLC its successors and | | |

UST Form 101-7-TFR (4/1/2009)

*CR # 126*
*receipt # 80865*

| | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | assigns | $ 2,706.44 | $ 113.38 |
| 11 | Chase Bank USA,N.A. | $ 990.81 | $ 41.51 |
| 13 -2 | Summa Health System | $ 1,660.01 | $ 69.54 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-50187
Case Name: SUKOSD, JEFF & MARA
Trustee Name: RICHARD A. WILSON



Exhibit D

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD A. WILSON | $ 207.75 | $ 40.64 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,670.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,462.00 | $ 12.09 |
| 2 | DISCOVER BANK | $ 1,382.43 | $ 6.79 |
| 3 | DISCOVER BANK | $ 6,558.39 | $ 32.20 |
| 4 | Protech Security Inc. | $ 131.10 | $ 0.64 |
| 5 | CHASE BANK USA | $ 5,463.94 | $ 26.83 |
| 6 | CHASE BANK USA | $ 6,290.25 | $ 30.88 |
| 7 | CHASE BANK USA | $ 1,162.28 | $ 5.71 |
| 8 | CHASE BANK USA | $ 13,921.91 | $ 68.35 |
| 9 | CHASE BANK USA | $ 5,941.89 | $ 29.17 |
| 10 | CHASE BANK USA | $ 2,326.15 | $ 11.42 |
| 11 | CHASE BANK USA | $ 1,089.45 | $ 5.35 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | | |
|---|---|---|---|---|
| 12 | CHASE BANK USA | $ | 15,879.22 | $ | 77.96 |
| 13 | PYOD LLC its successors and assigns | $ | 3,230.29 | $ | 15.86 |
| 14 | PYOD LLC its successors and assigns | $ | 1,113.67 | $ | 5.47 |
| 15 | Elan Financial Services | $ | 6,276.74 | $ | 30.82 |
| 16 | Cavalry Portfolio Services, LLC | $ | 5,303.67 | $ | 26.04 |
| 17 | AMERICAN EXPRESS BANK FSB | $ | 6,966.49 | $ | 34.20 |
| 18 | PRA Receivables Management, LLC | $ | 612.07 | $ | 3.00 |
| 19 | Chase Bank USA, N.A. | $ | 294.31 | $ | 1.44 |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | 1,578.97 | $ | 7.75 |
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | 1,366.68 | $ | 6.71 |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | 7,109.08 | $ | 34.90 |
| 23 | The HMC Group | $ | 203.81 | $ | 1.00 |
| 24 | David & Melinda Stewart | $ | 3,020.00 | $ | 14.83 |
| 25 | St. Joseph's Federal Credit Union | $ | 5,571.59 | $ | 27.35 |
| 26 | RBS Citizens | $ | 4,624.03 | $ | 22.70 |
| 27 | Recovery Management Systems Corporation | $ | 994.14 | $ | 4.88 |
| 28 | Infibank-One Card | $ | 7,795.86 | $ | 38.27 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

*handwritten:* $10.96
ck #126
receipt # 80865

**UST Form 101-7-TFR (4/1/2009)**

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-54316
Case Name: SPATZ, MARK & DEBRA
Trustee Name: RICHARD A. WILSON


FILED
2009 AUG 28 PM 12: 02
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Claims of secured creditors will be paid as follows:

*Claimant*          *Proposed Payment*

       N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Trustee* | RICHARD A. WILSON | $ 1,380.41 | $ 41.70 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,251,326.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Access Group, Inc. | $ 7,896.37 | $ 7.34 |
| 2 | 1st Source Bank | $ 5,018,799.33 | $ 4,665.85 |
| 3 | DISCOVER BANK | $ 7,792.09 | $ 7.24 |
| 4 | PRA Receivables Management, LLC | $ 30,503.54 | $ 28.36 |
| 5 | CACH, LLC | $ 8,950.50 | $ 8.32 |
| 6 | PYOD LLC its successors and assigns | $ 34,097.28 | $ 31.70 |
| 7 | PYOD LLC its successors and assigns | $ 7,440.06 | $ 6.92 |
| 8 | ACS | $ 82,385.00 | $ 76.59 |
| 9 | Citibank Nevada, N. A. | $ 17,321.00 | $ 16.10 |

**UST Form 101-7-TFR (4/1/2009)**

| | FIA CARD SERVICES, | | |
|---|---|---|---|
| 11 | NA/BANK OF AMERICA | $ 14,908.33 | $ 13.86 |
| 12 | Chase Bank USA NA | $ 2,349.91 | $ 2.18 |
| 13 | Sallie Mae | $ 18,883.49 | $ 17.56 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14 | Chris and Thea Spatz | $ 78,303.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

*ck # 128*
*receipt # 80865*

**UST Form 101-7-TFR (4/1/2009)**

# TRUSTEE'S PROPOSED DISTRIBUTION



Exhibit D

Case No.: 08-52985
Case Name: KRESS, JOHN & JODY
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*

                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD A. WILSON | $ 447.91 | $ 34.40 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                 *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,929.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 -2 | HSBC Auto Finance (f/k/a Household Auto Finance Co | $ 7,885.21 | $ 178.22 |
| 2 | Landmark America II, Inc | $ 4,980.89 | $ 112.58 |
| 3 | Jefferson Capital Systems LLC | $ 345.00 | $ 7.80 |
| 4 | Medina General Hospital | $ 23,608.79 | $ 533.60 |
| 5 | T.M. Jain, MD | $ 840.00 | $ 18.99 |
| 6 | Asset Accpetance LLC | $ 2,110.74 | $ 47.71 |
| 7 | Elite Rcy Sv | $ 955.93 | $ 21.61 |
| 8 | Asset Accpetance LLC | $ 633.04 | $ 14.31 |
| 9 | Asset Accpetance LLC | $ 3,714.41 | $ 83.95 |
| 10 | Asset Accpetance LLC | $ 1,262.58 | $ 28.54 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| 11 | Crystal Clinic, Inc. | $ | 108.02 | $ | 2.44 |
| 12 | Columbia Gas of Ohio | $ | 710.39 | $ | 16.06 |
| 13 | Discover Bank/DFS Services LLC | $ | 5,022.94 | $ | 113.53 |
| 14 | AKRON GENERAL MEDICAL CENTER | $ | 616.91 | $ | 13.94 |
| 15 | Charles Pfister DDS | $ | 2,510.00 | $ | 56.73 |
| 16 | Verizon North Inc. | $ | 2,624.45 | $ | 59.32 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

*ck # 118*
*receipt # 80865*

UST Form 101-7-TFR (4/1/2009)