*08-54316*
*Mark & Debra Spatz*

| | | |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**FILED 2010 MAY -4 AM 11:52 US BANKRUPTCY DEPARTMENT NORTHERN DISTRICT OF MICHIGAN**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,251,326.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Access Group, Inc. | $ 7,896.37 | $ 7.34 |
| 2 | 1st Source Bank | $ 5,018,799.33 | $ 4,665.85 |
| 3 | DISCOVER BANK | $ 7,792.09 | $ 7.24 |
| 4 | PRA Receivables Management, LLC | $ 30,503.54 | $ 28.36 |
| 5 | CACH, LLC | $ 8,950.50 | $ 8.32 |
| 6 | PYOD LLC its successors and assigns | $ 34,097.28 | $ 31.70 |
| 7 | PYOD LLC its successors and assigns | $ 7,440.06 | $ 6.92 |
| 8 | ACS | $ 82,385.00 | $ 76.59 |
| 9 | Citibank Nevada, N. A. | $ 17,321.00 | $ 16.10 |

UST Form 101-7-TFR (4/1/2009)

*Receipt No 81444*
*check No. 2001*